**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 21, 2013 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Sandra Hartmann | Interpreter: | N/A |
| Court Reporter/ECR: | Tammy Hoffschildt | | |

Criminal Case No. **12-cr-00045-WYD**              Counsel:

UNITED STATES OF AMERICA,                          Susan Knox

      Plaintiff,

v.

**5. KEITH FRANKLIN;**                                    Marc Milavitz
**7. ELBERT GIFFORD;**                                   Richard Stuckey
**11. LAMAR MASON;**                                     Lynn Pierce
**12. MICHAEL MONROE**;                                 Anthony Viorst
**14. THEODIS WALKER,**                                  Harvey Steinberg

      Defendants.

**COURTROOM MINUTES**

**MOTIONS HEARING**

**10: 12 a.m.**   Court in Session - Defendants present **Elbert Gifford, Lamar Mason, Michael Monroe** ( in-custody)  **and Keith Franklin** (on- bond).  Defendant **Theodis Walker** is not present.

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

| | |
|---|---|
| 10:13 a.m. | Discussion between the Court and Ms. Knox regarding the motions and status of case. |
| 10:19 a.m. | Discussion regarding pending Rule 404(b) Evidence motions. |
| **ORDERED:** | A ruling on the Motions to Disclose 404(b) Evidence [ECF Nos. 435, 456, & 598] is **DEFERRED**. |
| 10:20 a.m. | Discussion regarding motions requiring the Government to disclose *Brady* and *Giglio* material. |
| **ORDERED:** | The motions regarding *Brady* and *Giglio* material [ECF Nos. 437, 439, 460, 462, 600, & 604] are **GRANTED.** |
| 10:23 a.m. | Discussion regarding motions dealing with Jencks Act statments. |
| **ORDERED:** | A ruling on all motions regarding the Jencks Act [ECF Nos. 437, 451, 463, & 599] is **DEFERRED**. |
| 10:24 a.m. | Defendant Theodis Walker arrives in Court. |
| 10:24 a.m. | Discussion regarding the *Bruton* issue. |
| **ORDERED:** | Discussion regarding the *Bruton* issue will take place at a future status conference.  All motions regarding the *Bruton* issue [ECF Nos. 449 & 461] are **DEFERRED**. |
| 10:25 a.m. | Discussion regarding disclosure of informants' identities. |
| **ORDERED:** | A ruling on motions regarding disclosure of confidential informants' identities [ECF Nos. 438, 450, & 457] are **DEFERRED**. |
| 10:29 a.m. | Discussion regarding the defendants' motions to preserve tapes, notes, and recordings. |
| **ORDERED:** | The defendants' motions requesting the Government to preserve tapes, notes, and recordings [ECF Nos. 605, 458, & 436] are **GRANTED** to the extent that the defendants request the Government to preserve such documents.  The Court ordered the Government to preserve all such documents.  A ruling on whether the Government must *disclose* the preserved documents is **DEFERRED** until a later date. |
| 10:46 a.m. | Discussion between the Court and Mr. Stuckey regarding the Motion to Strike Alias [ECF No. 606]. |

**ORDERED:** Defendant Gifford's Motion to Strike Alias [ECF No. 606] is **DENIED WITHOUT PREJUDICE**.

**10:52 a.m.** Discussion between the Court and Mr. Stuckey regarding Defendant Gifford's Motion to Dismiss the Indictment [ECF No. 602].

**ORDERED:** Defendant Gifford's Motion To Dismiss Indictment [ECF No. 602] is **DENIED**.

11:06 a.m. Discussion regarding Motions for Bill of Particulars.

**ORDERED:** Gifford's Motion to Amend Motion for Second Motion for Bill of Particulars [ECF No. 614] is **GRANTED** to the extent that the motion seeks permission to amend Gifford's Second Motion for a Bill of Particulars [ECF No. 601]. Defendant Gifford and Defendant Monroe's Motions for a Bill of Particulars [ECF Nos. 367, 464, & 601] are **DENIED**.

11:18 a.m. Discussion regarding Defendant Walker's request that the Government designate the type of evidence it intends to use at trial pursuant to Rule 12(b)(2) of the FEDERAL RULES CRIMINAL PROCEDURE.

**ORDERED:** Defendant Walker's Request For Notice Of Government's Intent To Use Evidence [ECF No. 441] is **DENIED**.

**ORDERED:** A ruling on Defendant Walker's Request For Notice By Government Of Intent To Introduce Evidence Pursuant To Rule 807, F.R.E. [ECF No. 440] is **DEFERRED**.

11:25 a.m. Discussion regarding modifying the protective order [ECF No. 170].

**ORDERED:** Defendant Gifford's oral Motion to Amend the Protective Order is **DENIED**.

11:29 a.m. Further discussion regarding deadlines for the filing of motions and other deadlines.

**ORDERED:** A Status Conference is set for **Friday, May 24, 2013, at 10:00 a.m.**

**ORDERED:** Parties shall meet and confer by **Thursday**, **April 4**, **2013**, regarding whether a motion for an Ends of Justice Continuance should be filed. The parties shall file a Joint Status Report no later than **May 17**, **2013**, apprising the Court of the status of this action and what items should be discussed at the May 24, 2013, Status Conference.

**ORDERED:** Parties are to file all evidentiary motions **on or before Tuesday, May 14, 2013.** Responses are to be filed **on or before Tuesday, June 4, 2013.**

11:36 a.m.     Discussion regarding oral motion to amend the protective order.

**ORDERED:**     Oral motion to amend the protective order is **DENIED.**

**ORDERED:**     Bond is **CONTINUED** for all defendants on bond.

**11:41 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:29**