IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  KEITH FRANKLIN,

    Defendant.

---

ORDER EXONERATING BOND

---

This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated:  December 11, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE